1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SUSAN MILLER,<br><br>        Plaintiff,<br><br>        v.<br><br>HAL NEDERLAND N.V., a Curacao corporation;<br>HOLLAND AMERICA LINE N.V., a Curacao<br>Corporation; HOLLAND AMERICA LINE, INC., a<br>Washington corporation, and HOLLAND AMERICA<br>LINE-USA., a Washington Corporation,<br><br>        Defendants. | At Law or In Admiralty<br><br>No. 16-cv-01769<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |

## STIPULATION

**COME NOW** Plaintiff Susan Miller and Defendants HAL Nederland N.V., Holland

America Line N.V., Holland America Line, Inc., and Holland America Line-USA, through

their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's

Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason

that the named parties have reached final settlement in this matter.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
– Page 1
No. 16-cv-01769

{28823-00376697;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1

2          DATED this 31st day of January, 2018.

3
                                          s/Louis Shields
                                          LOUIS A. SHIELDS, WSBA # 25740
4                                         LEGROS BUCHANAN & PAUL
                                          4025 Delridge Way S.W., Suite 500
5                                         Seattle, Washington 98106
                                          Telephone:    206-623-4990
6                                         Facsimile:    206-467-4828
                                          Email:        lshields@legros.com
7                                         Attorneys for Defendants

8
                                          s/Charles Moure (via email authorization)
9                                         CHARLES P. MOURE, WSBA # 23701
                                          Moure Law, PLLC
10                                        1700 Seventh Avenue, Suite 2200
                                          Seattle, WA 98101
11                                        Telephone:    206-300-2351
                                          Facsimile:    206-374-2293
12                                        Email:        charles@mourelaw.com
                                          Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                    LE GROS BUCHANAN
– Page 2                                                              & PAUL
No. 16-cv-01769                                                 4025 DELRIDGE WAY SW
                                                                       SUITE 500
{28823-00376697;1}                                          SEATTLE, WASHINGTON  98106-1271
                                                                   (206) 623-4990

1

[~~PROPOSED~~] ORDER

2

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby

3

dismissed with prejudice, and without costs.

4

Dated this 1ST day of ___Feb.___ , 2018.

5

6

7

THE HONORABLE JAMES L. ROBART
United States District Court Judge

8

9

10

Presented By:

11

LEGROS BUCHANAN & PAUL

12

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul

13

4025 Delridge Way SW, Suite 500

14

Seattle, WA 98106
Phone: 206.623.4990

15

Fax:    206.467.4828
Email: lshields@legros.com

16

Attorneys for Defendants

17

18

19

20

21

22

23

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
– Page 3
No. 16-cv-01769

{28823-00376697;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles P. Moure, Esq.
Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
– Page 4
No. 16-cv-01769
{28823-00376697;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990